**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KRISTINA STOKES, on behalf of Plaintiff and a class, </br></br> Plaintiff, </br></br> v. </br></br> GRANT & WEBER, INC., </br></br> Defendant. | ) </br> ) </br> ) Case No. </br> ) </br> ) State Court No. 2021 CH 2490 </br> ) </br> ) </br> ) </br> ) |

## NOTICE OF REMOVAL

Defendant, GRANT & WEBER, INC., through its undersigned counsel, and for its Notice of Removal pursuant to 28 U.S.C. §1441(a) and 1446, and in support thereof, states as follows:

1. On or about May 24, 2021, plaintiff filed a putative class action in the Circuit Court of Cook County, Illinois, County Department, Chancery Division, which was captioned *Kristina Stokes v. Grant & Weber, Inc.*, and docketed at Case No. 2021 CH 02490. A copy of the state court complaint is attached hereto as Exhibit A.

2. On June 3, 2021, plaintiff served a Summons and Complaint on defendant. A copy of the Summons and Affidavit of Service is attached as Exhibit B. This notice of removal is timely pursuant to 28 U.S.C. § 1446(b) because it is filed within 30 days after service of the Summons and Complaint. *See Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344 (1999).

3. The Complaint asserts a federal cause of action against defendant for purported violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 et seq.

4. This Notice was filed with the Clerk of the United States District Court within thirty (30) days after service of the Complaint upon the defendant. 28 U.S.C. § 1446(b).

5. 28 U.S.C. §1441(a) provides as follows:

any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending.

6. The United States District Court for the Northern District of Illinois has federal question jurisdiction over these claims due to the fact that the allegations against defendant contained in the complaint arise under the Constitution, laws or treaties of the United States. 28 U.S.C. § 1331.

7. In the complaint, plaintiff seeks recovery under the FDCPA, the only statute referenced in the complaint.

8. Therefore, the complaint on its face initially invokes federal question jurisdiction in this Court. *See, e.g., Llames v. JP Morgan Chase & Co.*, No. 11 cv 5899, 2012 U.S. Dist. LEXIS 51682, at *2 (N.D. Ill. Mar. 23, 2012) (discussing the proper removal of FDCPA claims to federal court); *Devries v. Wells Farm Fin.*, No. 10-03270, 2011 U.S. Dist. LEXIS 10955, at *2-3 (C.D. Ill. Feb. 3, 2011) (stating that, on a complaint that pleaded state law claims and FDCPA claims, "Defendants removed the action to this Court based on federal question jurisdiction.").

9. On April 21, 2021, the Eleventh Circuit decided *Hunstein v. Preferred Collection Management Services, Inc.*, 994 F.3d 1341 (11th Cir. 2021). The complaint in *Hunstein* contains similar allegations to plaintiff's allegations in this case. The Eleventh Circuit concluded that the named plaintiff in *Hunstein* possessed Article III standing based upon those allegations.

10. *Hunstein* does not appear to be consistent with the law in the Seventh Circuit. *See Casillas v. Madison Ave. Assocs., Inc.*, 926 F.3d 329 (7th Cir. 2019); *Larkin v. Fin. Sys. of Green Bay, Inc.*, 982 F.3d 1060 (7th Cir. 2020); *Bazile v. Fin. Sys. of Green Bay, Inc.*, 983 F.3d 274 (7th

Cir. 2020); *Spuhler v. State Collection Serv., Inc.*, 983 F.3d 282 (7th Cir. 2020); *Gunn v. Thrasher, Buschmann & Voelkel, P.C.*, 982 F.3d 1069 (7th Cir. 2020); *Brunett v. Convergent Outsourcing, Inc.*, 982 F.3d 1067 (7th Cir. 2020); *Nettles v. Midland Funding LLC*, 983 F.3d 896 (7th Cir. 2020); *Smith v. GC Servs. Ltd. P'Ship*, 986 F.3d 708, 711 (7th Cir. 2021); *Pennell v. Glob. Tr. Mgmt., LLC*, 990 F.3d 1041 (7th Cir. 2021); *Markakos v. Medicredit, Inc.*, 997 F.3d 778 (7th Cir. 2021).

11. Defendant disagrees with *Hunstein* and asserts that *Hunstein* was incorrectly decided. On May 26, 2021, the defendant-appellee in *Hunstein* filed a petition for *en banc* review concerning Article III standing and on the merits. The petition remains unresolved as of deadline to remove this case.

12. Based on the foregoing, defendant is entitled to remove this action in good faith to this Court under 28 U.S.C. §§ 1441 *et seq.* and 1446 *et seq*.

13. Concurrent with the filing of this Notice of Removal, defendant is filing a Notice of Filing Notice of Removal with the Circuit Court of Cook County, Illinois, County Department, Chancery Division.

WHEREFORE, defendant, GRANT & WEBER, INC., respectfully requests that this case proceed in this court as an action properly removed to it.

Respectfully submitted,

HINSHAW & CULBERTSON LLP


/s/ *Louis J. Manetti, Jr.*
Louis J. Manetti, Jr.
One of Defendant's Attorneys

David M. Schultz
Louis J. Manetti, Jr.
HINSHAW & CULBERTSON LLP
151 North Franklin Street, Suite 2500
Chicago, Illinois 60606
312/704-3000
312/704-3001 – facsimile
dschultz@hinshawlaw.com
lmanetti@hinshawlaw.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KRISTINA STOKES, on behalf of Plaintiff and a class, | ) ) ) |
| Plaintiff, | ) ) Case No. ) |
| v. | ) State Court No. 2021 CH 2490 ) |
| GRANT & WEBER, INC., | ) ) ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

I, Louis J. Manetti Jr., an attorney, certify that I shall cause to be served a copy of **Notice of Removal** upon the below listed individual(s), by deposit in the U.S. mail, postage prepaid, messenger delivery, Federal Express, facsimile transmitted from (312) 704-3001, or electronically via the Case Management/Electronic Case Filing System ("ECF") as indicated, on **July 2, 2021.**

☒ CM/ECF        *To All Parties of Record*
☐ Facsimile
☐ Federal Express
☐ Regular U.S. Mail
☐ Messenger
☐ E-Mail

HINSHAW & CULBERTSON LLP

David M. Schultz                s/ *Louis J. Manetti, Jr.*
Louis J. Manetti, Jr.            Louis J. Manetti Jr.
HINSHAW & CULBERTSON LLP
151 North Franklin Street, Suite 2500
Chicago, Illinois 60606
312/704-3000
312/704-3001 – facsimile
dschultz@hinshawlaw.com
lmanetti@hinshawlaw.com